UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>KESHA HAYNIE,<br><br>       Defendant. | Case No. 08CR00376-09<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KESHA HAYNIE , Case No.  08CR00376-09 , Charge  18USC § 1341, 1014 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 21, 2010  at  2:00 pm  .

                                            By   /s/ Gregory G. Hollows
                                                    Gregory G. Hollows
                                                    United States Magistrate Judge

Copy 5 - Court