```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. S-08-376 EJG |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| KESHA HAYNIE, | ) |
| Defendant(s). | ) |

IT IS HEREBY ORDERED THAT:

Good cause having been shown, the government may make the disclosures and produce the discovery to the defense as requested in its application of March 13, 2012.

IT IS SO ORDERED.

Date: March 13, 2012            /s/ Edward J. Garcia_____
                                _____
                                Hon. EDWARD J. GARCIA
                                United States District Judge

1