1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   S. ROBERT TICE-RASKIN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5



FILED

MAR  8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )  CRS-08-0376 EJG
                               )
12          Plaintiff,         )  **GOVERNMENT'S APPLICATION FOR LEAVE**
                               )  **TO PRODUCE DISCOVERY;** ~~[PROPOSED]~~
13          v.                 )  **ORDER**
                               )
14                             )
15  KESHA HAYNIE,              )
                               )
16          Defendant.         )
    _____

17                        **APPLICATION**

18       The United States of America, by and through its undersigned

19  counsel, hereby requests leave to produce the below-described

20  discovery to the defense, in accordance with the Court's 28

21  February 2012 status conference order requiring the government to

22  show cause for discovery produced after that date.

23       Brady/Giglio Discovery

24       As part of its normal trial preparation, government counsel

25  have communicated with various witnesses on various dates between

26  March 1 and March 8, 2012.  Below is a summary of pertinent

27  information obtained from these potential witnesses which is

28  subject to discovery to the defense under United States v. Brady,

                               1

1  <u>United States v. Giglio</u>, and progeny.  The witnesses will be
2  identified in this public document by initials only.  Government
3  counsel will ensure that defense counsel is aware of the full
4  names of the referenced individuals should the Court authorize
5  the government to make the disclosures requested herein.

6  1.    Witness M.L.

7       As for the first meeting at the Fair Street office, M.L.
8  can no longer recall if the meeting was during the evening of a
9  weekday or weekend.

10      With respect to the visit to homes under construction, M.L.
11  presently cannot remember whether Ms. Haynie indicated that M.L.
12  could go to Tony Symmes and pick out whatever type of home she
13  wanted.

14      M.L. believes that the second meeting at the Fair Street
15  Office might have been on the same day that she and Ms. Haynie
16  visited the homes under construction (as opposed to one week
17  apart).

18      With respect to the phone call from Ms. Haynie about the
19  loan, M.L. remembers that Ms. Haynie told her that they had
20  received a loan.  She cannot presently remember being told that
21  First Franklin was the lender.

22  2.    Witness C.L.

23      With respect to efforts to buy a home in Concow, he does not
24  presently remember whether he met with Ms. Haynie regarding that
25  transaction at the Fair Street Office and whether there was
26  discussion regarding M.L and C.L.'s ability to qualify for
27  financing related thereto.  C.L. presently recalls that Ms.
28  Haynie told M.L and C.L. that they potentially had too much debt

1 (for borrowing purposes) when they were discussing the Doral home
2 transaction (as opposed to the Concow transaction).

3     With respect to the Doral transaction, C.L. remembers
4 receiving a phone call from Ms. Haynie in which she told him that
5 Ms. Haynie knew someone who did deals for first time buyers.  He
6 either placed the call on speaker phone, so M.L. heard, or, he
7 related the substance of the call to M.L. afterwards.

8     During the first meeting at the Fair Street office, Ms.
9 Haynie told C.L. and M.L. that she knew of houses over in a new
10 development and mentioned Doral Way.  C.L. does not remember Ms.
11 Haynie referring to the development's location in Pleasant Valley
12 or "PV."  C.L. also presently believes that the $1,000 deposit
13 check was provided either at this first meeting or perhaps the
14 second meeting at the Fair Street office.

15     When Ms. Haynie visited M.L. and C.L. after they were in
16 their new home, C.L. presently recalls that Ms. Haynie handed
17 M.L. a piece of paper, that he later learned was a check.  He
18 does not believe the paper was in any sort of envelope.

19     C.L. indicated that he stole a pair of sunglasses from a
20 store when he was a child, age 13.  He performed work to remedy
21 the mistake and no charges were filed.

22 3.  Witness S.B.

23     With respect to the meeting at a building at Lakeview or
24 Lakeside between himself, T.C. and an unidentified white male,
25 S.B. presently cannot recall whether the white male made
26 representations about: the buyer receiving cash back in
27 connection with a property purchase and obtaining a renter to
28 help pay the prospective new mortgage.  S.B. also cannot recall

3

whether the white male wrote down various numbers on a piece of
paper while explaining these topics to T.C. and himself.

With respect to the meetings on Fair Street, S.B. recalls
that a male made statements, in substance, encouraging T.C. to
buy Lucy Way, indicating that she could get cash back, and
suggesting that T.C. would be able to rent the property out.  He
similarly recalls that Ms. Haynie made a series of statements
confirming the same.  S.B. presently believes that this exchange
took place either during the first meeting at Fair Street or the
second.

4.    <u>Witness T.C.</u>

During the trial preparation session of March 7, 2012, T.C.
described first two meetings at Kesha Haynie's mortgage office on
Fair Street. Later in the session she recalled it was actually
three meetings.  Early in the March 7, 2012 preparation session,
T.C. stated she was not sure whether her boyfriend S.B. and Niche
Fortune were present.  Later in the session, T.C. recalled
clearly they were present, as were T.C. and Kesha Haynie.  For
the first time, T.C. recalled that Kesha Haynie and T.C.'s
boyfriend S.B. discussed the need to create a false lease
agreement for T.C.'s current residence on Parkway Village Drive.
Kesha Haynie handed the false lease agreement to T.C., who agreed
to sign it after telling Kesha Haynie that she was not moving out
of her home on Parkway Village Drive.  Kesha responded that it
was okay because the document was making it so that T.C. could
qualify for the home.

Regarding the two declarations (one in English, one in
Spanish) prepared by Eduardo Roy that T.C. signed, T.C. provided

4

1  a signed letter from her daughter stating that her mother, T.C.,

2  was not given time to review them by the two investigators who

3  flew out from Chicago.  See Exhibit 1 (redacted).

4  5.    Witness C.C.

5       . In a trial preparation session on March 1, 2012, witness

6  C.C. stated that with respect to 1386 Lucy Way (purchased by

7  defendant Resendez), he no longer recalls whether Haynie coached

8  him and Resendez on what the letters to the lender should say.

9  Regarding the false lease agreement with S.C. on 1390 Lucy Way,

10  C.C. now states it is possible that he made the lease agreement,

11  but he does not know or recall. Regarding the property at 2284

12  Bloomington Dr., Chico, C.C. stated he no longer recalls any

13  specific statement from Haynie to him regarding the need to

14  inflate the income.

15  6.    Witness T.S.

16       In a trial preparation session on March 1, 2012, when asked

17  specifically about the 2608 Doral Way transaction, T.S. stated

18  that he negotiated the deal directly with Kesha Haynie.  He

19  recalled that Haynie approached him and said she had a buyer.

20  T.S. provided Haynie with the price he would accept, which was

21  $295,000.  Haynie said that she thought she could get an

22  appraisal for approximately $345,000.  T.S. said that it was

23  understood that he would provide the difference back.  After that

24  conversation, T.S. and Kesha Haynie met with the buyers on two

25  occasions to pick out finishings for the house (e.g., tile, color

26  of paint, etc.).  At these meetings, the buyers were treated as

27  normal Aspire Homes buyers.

28       T.S. believes that after the transaction closed, Kesha

Haynie directed him to issue the kickback check to Fortune
Property Investments.  T.S. has no recollection of dealing with
Niche Fortune on the sale of 2608 Doral Way.  T.S. recalls that
the only real deal he did directly with Niche Fortune was the
home purchase involving Niche's wife, C.F.

<u>Advance Jencks Act Discovery</u>

In addition, as the Court is aware, the government has no
obligation to produce <u>Jencks</u> material for a witness until the
witness has actually testified.  That said, consistent with its
normal practice, the government wishes to produce, in advance,
the following materials which constitute potential <u>Jencks</u>
material for government witnesses:

1.   <u>Witness A.H.</u>

See Documents attached hereto as Exhibit 1.

DATED: March 8, 2012                  Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                       /s/ RUSSELL L. CARLBERG
                                      RUSSELL L. CARLBERG
                                 By:  Assistant U.S. Attorney


                         [~~PROPOSED~~]  ORDER

Good cause having been shown, the government is hereby
permitted to produce the above-described discovery to the
defense.



HON.  EDWARD G. GARCIA
U.S. DISTRICT COURT JUDGE
3/7/12

# EXHIBIT 1

## Tice-Raskin, Robert (USACAE)

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Monday, September 05, 2011 2:26 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE); Roberts, Mark H. (FBI) |
| **Subject:** | Bannister MOI |
| **Attachments:** | HAYNIE-BannisterMOI.DOCX |

As discussed

Andy
530.624.4456

1

## Tice-Raskin, Robert (USACAE)

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Monday, September 05, 2011 2:33 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Tice-Raskin, Robert (USACAE); Roberts, Mark H. (FBI) |
| **Subject:** | correction |

Page 2, section B, line 3 should be CONTRERAS not COTRERAS

1

**Tice-Raskin, Robert (USACAE)**

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Monday, September 05, 2011 2:42 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE); Roberts, Mark H. (FBI) |
| **Subject:** | Bannister MOI with corrections |
| **Attachments:** | HAYNIE-BannisterMOI.DOCX |

The date was incorrect, sorry.

## Tice-Raskin, Robert (USACAE)

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Wednesday, February 08, 2012 2:06 PM |
| **To:** | Carlberg, Russell (USACAE) |
| **Cc:** | Roberts, Mark H. (FBI); Tice-Raskin, Robert (USACAE) |
| **Subject:** | powerpoint |

Russell,

I have a slide like this for each of KH's deals.  In each case it's lender funds to escrow to Symmes' account to Niche's account to KH. Subsequent slides have the scanned documents for each transaction (represented by green arrows).

Is this what you and rob are looking for?



UNITED STATES DEPARTMENT OF THE TREASURY

Internal Revenue Service - Criminal Investigation
760 Cypress Avenue, Suite 300, Redding, CA 96001

Andrew Harrison
Special Agent
Telephone 530.243.0120
Facsimile 530.243.0130
Mobile 530.624.4456

1

## Tice-Raskin, Robert (USACAE)

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Tuesday, February 28, 2012 1:34 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE) |
| **Subject:** | PPT |
| **Attachments:** | HAYNIE.ppt |

For your review.
I was previously unable to send this via email, hopefully it works this time.
If not I will bring it with me Thurs.

UNITED STATES DEPARTMENT OF THE TREASURY

Internal Revenue Service - Criminal Investigation
760 Cypress Avenue, Suite 300, Redding, CA 96001

Andrew Harrison
Special Agent
Telephone 530.243.0120
Facsimile 530.243.0130
Mobile 530.624.4456



1

# United States vs Kesha Haynie



Hiding unpermitted seller concessions from lenders is Mortgage Fraud.



Anthony Symmes

Builder/Seller of Chico homes

Niche Fortune

Uses B of A account to receive proceeds from Symmes and facilitate payments to Haynie and buyers

Kesha Haynie

Recruits buyers and facilitates loans for buyers of Symmes' homes



**0288 - Fidelity National Title Company of California**
Cost Center: 0905 - FNT Suite

Date Prepared: 08/01/2007
Time Prepared: 05:53 AM PST
Report: MF1002 / kmaugalis
Page 1 of 1

Escrow Number: 000220894 - JT
Seller: Floral Arrangement Inc.
Buyer: Maren Lyles and Charles Lyles
Closed by: 08/31/2007

By: _____  Date: _____  By: _____  Date: 6/4/07

## Final Check Register

| TC | Instrument # | Date | Name/Description | | Amount |
|----|----|----|----|----|----|
| RCPT | 0201008024 | 04/05/07 | Charles Lyles | | 1,000.00 |
| WIRN | 0201025698 | 05/31/07 | FIRST FRANKLIN | | 271,321.61 |
| WIRN | 0201025699 | 05/31/07 | FIRST FRANKLIN | | 67,029.38 |
| | | | FUNDS RECEIVED (3) | $ | 339,350.99 |
| | | | TOTALS | $ | 339,350.99 |

| TC | Instrument # | Date | Name/Description | | Amount |
|----|----|----|----|----|----|
| FTRO | 0201025308 | 05/31/07 | Fidelity National Title | | (1,671.70) |
| CHCK | 0201043054 | 05/31/07 | Tri Counties Bank | | (335,424.18) |
| VCHK | 0201043054 | 05/31/07 | Tri Counties Bank | | 335,424.18 |
| CHCK | 0201043055 | 05/31/07 | Tri Counties Bank | | (335,424.18) |
| VCHK | 0201043055 | 05/31/07 | Tri Counties Bank | | 335,424.18 |
| CHCK | 0201043866 | 08/01/07 | Maren Lyles and Charles Lyles | | (370.11) |
| CHCK | 0201043869 | 08/01/07 | Alisate Insurance | | (322.00) |
| CHCK | 0201043870 | 08/01/07 | Tri Counties Bank | | (335,424.18) |
| CHCK | 0201043871 | 08/01/07 | Empire Mortgage | | (1,563.00) |
| | | | DISBURSEMENT ISSUED (9) | $ | (339,550.99) |
| | | | TOTALS | $ | (339,550.99) |
| | | | Funds Received | | 339,550.99 |
| | | | Total Disbursements | | (339,550.99) |
| | | | BALANCE | $ | 0.00 |

| TC | Instrument # | Date | Name/Description | | Amount |
|----|----|----|----|----|----|
| | | | ISA BALANCE | $ | 0.00 |




Page 4






Onlie Check Image - 05/30/2007
Onlie Check Image - 05/30/2007
Onlie Check Image - 05/31/2007
Onlie Check Image - 05/31/2007







Onlie Check Image - 06/04/2007
Onlie Check Image - 06/01/2007
Onlie Check Image - 06/01/2007
Onlie Check Image - 05/30/2007









0288 - Fidelity National Title Company of California
Cost Center: 0955 - FNT Butte

Date Prepared: 04/02/2007
Time Prepared: 12:05 PM PST / Burleson
Report: MF1002 / Burleson
Page 1 of 1

Escrow Number: 000226041 - JT
Seller: Mariposa Traditions Inc.
Buyer: Teresa Contreras
Closed by: 04/02/2007

By: _____ Date: 4/2/07 By: _____

## Final Check Register

| TS | Instrument # | Date | Name/Description | Amount |
|----|--------------|------|------------------|--------|
| RCPT | 000100778 | 02/14/07 | Teresa Contreras | 1,000.00 |
| RCPT | 000100747 | 02/14/07 | Teresa Contreras | 1,000.00 |
| VRCT | 000100747 | 02/14/07 | Teresa Contreras | (1,000.00) |
| RCPT | 000100797 | 03/30/07 | Teresa Contreras | 960.97 |
| WIRN | 000102410 | 04/02/07 | LONG BEACH MORTGAGE | 296,697.66 |
| WIRN | 000102411 | 04/02/07 | LONG BEACH MORTGAGE | 51,657.80 |
| | | | FUNDS RECEIVED (R) | $ 310,136.43 |
| | | | TOTALS | $ 310,136.43 |

| TS | Instrument # | Date | Name/Description | Amount |
|----|--------------|------|------------------|--------|
| FTRD | 000105116 | 04/02/07 | Fidelity National Title | (1,565.50) |
| CHCK | 000142390 | 04/02/07 | Tri Counties Bank | (300,272.46) |
| CHCK | 000142416 | 04/02/07 | Teresa Contreras | (155.46) |
| CHCK | 000142416 | 04/02/07 | Mercury Casualty Company | (514.00) |
| CHCK | 000142417 | 04/02/07 | HSBC | (1,874.60) |
| CHCK | 000142418 | 04/02/07 | HSBC | (2,986.00) |
| CHCK | 000142419 | 04/02/07 | Empire Mortgage | (3,230.00) |
| | | | DISBURSEMENT ISSUED (7) | $ (316,136.43) |
| | | | TOTALS | $ (316,136.43) |
| | | | Funds Received | 310,136.43 |
| | | | Total Disbursements | (316,136.43) |
| | | | BALANCE | 0.00 |

| TS | Instrument # | Date | Name/Description | Amount |
|----|--------------|------|------------------|--------|
| | | | SIA BALANCE | $ 0.00 |

---

Paid To:
Tri Counties Bank

Escrow #: 000226041
Buyer: Teresa Contreras

Date: 4/2/07
Check Number: 02010142199
Check Amount: $300,272.46
Owner: Jennifer Twidess
Seller: Mariposa Traditions Inc.
Property: 1394 Lucy Way, Chico, CA 95973

Name:

Principal Balance    300,272.46

---

Fidelity National Title Company of California
Trust Account - Chico
905 Mall Street
Chico, CA 95928
530 345-3714

02010142390
April 2, 2007

$300,272.46

PAY THREE HUNDRED THOUSAND TWO HUNDRED SEVENTY TWO DOLLARS AND 46 CENTS

VOID AFTER 90 DAYS

TO THE ORDER OF:
Tri Counties Bank
63 Constitution Drive
Chico, CA 95973

NON-NEGOTIABLE / FILE COPY

THE SIGNATURES ENCLOSED

Amount:        $41,000.00
Account:       6800065959786
Bank Number:   12203717

Sequence Number: 1560143240
Capture Date:    04/02/2007
Check Number:    50291



OFFICIAL CHECK

TRI COUNTIES BANK
P.O. BOX 909 • CHICO, CA 95927-0909
Remitter: TRI COUNTIES BANK

658597786
April 2, 2007

Pay Exactly: ***$41,000.00

PAY
TO THE
ORDER OF:   FORTUNE PROPERTY INVESTMENTS

****FORTY ONE THOUSAND DOLLARS AND NO CENTS****

Br. 006   Void if over $41,000.00
2 Signatures required if over $10,000

⑈050291⑈ ⑆122037171⑆ 680006595 9778 6⑈  /0004100000/



X  nicke S. tortune

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

1560143240







Amount:          $200.00
Account:         753443487
Bank Number:     12100035

Sequence Number:  692431349
Capture Date:     04/09/2007
Check Number:     1033



NICHES FORTUNE
FORTUNE PROPERTY INVESTMENTS
2107 FAIR ST
CHICO, CA 95926

1033
11-34/1210
760

DATE 4-5-07

PAY TO THE
ORDER OF  Chris Chirelli                    $ 200.00

Two Hundred                            DOLLARS

Bank of America

FOR _____

⑆00 1033⑆ ⑈121003358⑈ 0753443487⑈

*00000 20000*

Electronic Endorsements
Date         Sequence       Bank #       BOFD  Bank Name
04/06/2007   000000317084357   122105278   Y    WELLS FARGO BANK, NA
04/09/2007   000692431349      121103886   N    BANK OF AMERICA, NA

Reference: 100018411 7494::100018411 7494::100018405493

NICHE S FORTUNE
FORTUNE PROPERTY INVESTMENTS
2197 FAIR ST
CHICO, CA 95928

1023

11-36/12
766

PAY TO THE
ORDER OF   Kesha Hayne                          $ 2970

two thousand-nine hundred-seventy 100                    DOLLARS

Bank of America

FOR  Financing                         Niche E. Fortune

DATE  4-3-07

#00 1023#  ::12100035 8:: 0753#-438 87#

"0000 29 7000."

Niche Fortune

R/T Number            12100035
Sequence Number   117133831
Account Number     00000000753443487

Processing Date   20070410
Amount               2970.00
Check Number     1023