1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   S. ROBERT TICE-RASKIN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5



FILED

MAR 8 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, )  CRS-08-0376 EJG
                              )
12            Plaintiff,      )  **GOVERNMENT'S APPLICATION FOR LEAVE**
                              )  **TO PRODUCE DISCOVERY; [PROPOSED]**
13       v.                   )  **ORDER**
                              )
14                            )
                              )
15  KESHA HAYNIE,             )
                              )
16            Defendant.      )
   _____

17                            **APPLICATION**

18       The United States of America, by and through its undersigned

19  counsel, hereby requests leave to produce the below-described

20  discovery to the defense, in accordance with the Court's 28

21  February 2012 status conference order requiring the government to

22  show cause for discovery produced after that date.

23       Brady/Giglio Discovery

24       As part of its normal trial preparation, government counsel

25  have communicated with various witnesses on various dates between

26  March 1 and March 8, 2012.  Below is a summary of pertinent

27  information obtained from these potential witnesses which is

28  subject to discovery to the defense under United States v. Brady,

                              1

1 United States v. Giglio, and progeny. The witnesses will be
2 identified in this public document by initials only. Government
3 counsel will ensure that defense counsel is aware of the full
4 names of the referenced individuals should the Court authorize
5 the government to make the disclosures requested herein.

6 1.   Witness M.L.

7       As for the first meeting at the Fair Street office, M.L.
8 can no longer recall if the meeting was during the evening of a
9 weekday or weekend.

10      With respect to the visit to homes under construction, M.L.
11 presently cannot remember whether Ms. Haynie indicated that M.L.
12 could go to Tony Symmes and pick out whatever type of home she
13 wanted.

14      M.L. believes that the second meeting at the Fair Street
15 Office might have been on the same day that she and Ms. Haynie
16 visited the homes under construction (as opposed to one week
17 apart).

18      With respect to the phone call from Ms. Haynie about the
19 loan, M.L. remembers that Ms. Haynie told her that they had
20 received a loan.  She cannot presently remember being told that
21 First Franklin was the lender.

22 2.   Witness C.L.

23      With respect to efforts to buy a home in Concow, he does not
24 presently remember whether he met with Ms. Haynie regarding that
25 transaction at the Fair Street Office and whether there was
26 discussion regarding M.L and C.L.'s ability to qualify for
27 financing related thereto.  C.L. presently recalls that Ms.
28 Haynie told M.L and C.L. that they potentially had too much debt

1 (for borrowing purposes) when they were discussing the Doral home
2 transaction (as opposed to the Concow transaction).

3     With respect to the Doral transaction, C.L. remembers
4 receiving a phone call from Ms. Haynie in which she told him that
5 Ms. Haynie knew someone who did deals for first time buyers. He
6 either placed the call on speaker phone, so M.L. heard, or, he
7 related the substance of the call to M.L. afterwards.

8     During the first meeting at the Fair Street office, Ms.
9 Haynie told C.L. and M.L. that she knew of houses over in a new
10 development and mentioned Doral Way. C.L. does not remember Ms.
11 Haynie referring to the development's location in Pleasant Valley
12 or "PV." C.L. also presently believes that the $1,000 deposit
13 check was provided either at this first meeting or perhaps the
14 second meeting at the Fair Street office.

15     When Ms. Haynie visited M.L. and C.L. after they were in
16 their new home, C.L. presently recalls that Ms. Haynie handed
17 M.L. a piece of paper, that he later learned was a check. He
18 does not believe the paper was in any sort of envelope.

19     C.L. indicated that he stole a pair of sunglasses from a
20 store when he was a child, age 13. He performed work to remedy
21 the mistake and no charges were filed.

22 3.   Witness S.B.

23     With respect to the meeting at a building at Lakeview or
24 Lakeside between himself, T.C. and an unidentified white male,
25 S.B. presently cannot recall whether the white male made
26 representations about: the buyer receiving cash back in
27 connection with a property purchase and obtaining a renter to
28 help pay the prospective new mortgage. S.B. also cannot recall

3

1  whether the white male wrote down various numbers on a piece of
2  paper while explaining these topics to T.C. and himself.

3       With respect to the meetings on Fair Street, S.B. recalls
4  that a male made statements, in substance, encouraging T.C. to
5  buy Lucy Way, indicating that she could get cash back, and
6  suggesting that T.C. would be able to rent the property out.  He
7  similarly recalls that Ms. Haynie made a series of statements
8  confirming the same.  S.B. presently believes that this exchange
9  took place either during the first meeting at Fair Street or the
10 second.

11 4.   <u>Witness T.C.</u>

12      During the trial preparation session of March 7, 2012, T.C.
13 described first two meetings at Kesha Haynie's mortgage office on
14 Fair Street. Later in the session she recalled it was actually
15 three meetings.  Early in the March 7, 2012 preparation session,
16 T.C. stated she was not sure whether her boyfriend S.B. and Niche
17 Fortune were present.  Later in the session, T.C. recalled
18 clearly they were present, as were T.C. and Kesha Haynie.  For
19 the first time, T.C. recalled that Kesha Haynie and T.C.'s
20 boyfriend S.B. discussed the need to create a false lease
21 agreement for T.C.'s current residence on Parkway Village Drive.
22 Kesha Haynie handed the false lease agreement to T.C., who agreed
23 to sign it after telling Kesha Haynie that she was not moving out
24 of her home on Parkway Village Drive.  Kesha responded that it
25 was okay because the document was making it so that T.C. could
26 qualify for the home.

27      Regarding the two declarations (one in English, one in
28 Spanish) prepared by Eduardo Roy that T.C. signed, T.C. provided

4

a signed letter from her daughter stating that her mother, T.C., was not given time to review them by the two investigators who flew out from Chicago. See Exhibit 1 (redacted).

5. Witness C.C.

In a trial preparation session on March 1, 2012, witness C.C. stated that with respect to 1386 Lucy Way (purchased by defendant Resendez), he no longer recalls whether Haynie coached him and Resendez on what the letters to the lender should say. Regarding the false lease agreement with S.C. on 1390 Lucy Way, C.C. now states it is possible that he made the lease agreement, but he does not know or recall. Regarding the property at 2284 Bloomington Dr., Chico, C.C. stated he no longer recalls any specific statement from Haynie to him regarding the need to inflate the income.

6. Witness T.S.

In a trial preparation session on March 1, 2012, when asked specifically about the 2608 Doral Way transaction, T.S. stated that he negotiated the deal directly with Kesha Haynie. He recalled that Haynie approached him and said she had a buyer. T.S. provided Haynie with the price he would accept, which was $295,000. Haynie said that she thought she could get an appraisal for approximately $345,000. T.S. said that it was understood that he would provide the difference back. After that conversation, T.S. and Kesha Haynie met with the buyers on two occasions to pick out finishings for the house (e.g., tile, color of paint, etc.). At these meetings, the buyers were treated as normal Aspire Homes buyers.

T.S. believes that after the transaction closed, Kesha

1   Haynie directed him to issue the kickback check to Fortune
2   Property Investments.  T.S. has no recollection of dealing with
3   Niche Fortune on the sale of 2608 Doral Way.  T.S. recalls that
4   the only real deal he did directly with Niche Fortune was the
5   home purchase involving Niche's wife, C.F.

6       Advance Jencks Act Discovery

7       In addition, as the Court is aware, the government has no
8   obligation to produce Jencks material for a witness until the
9   witness has actually testified.  That said, consistent with its
10  normal practice, the government wishes to produce, in advance,
11  the following materials which constitute potential Jencks
12  material for government witnesses:

13  1.   Witness A.H.

14      See Documents attached hereto as Exhibit 1.

16  DATED: March 8, 2012              Respectfully Submitted,

17                                    BENJAMIN B. WAGNER
18                                    United States Attorney

19                                    /s/ RUSSELL L. CARLBERG
20                                    RUSSELL L. CARLBERG
                                  By: Assistant U.S. Attorney

22                       [PROPOSED] ORDER

23      Good cause having been shown, the government is hereby
24  permitted to produce the above-described discovery to the
25  defense.

27      HON.  EDWARD G. GARCIA
28      U.S. DISTRICT COURT JUDGE
                              3/ 9/ 12

                6

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Monday, September 05, 2011 2:26 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE); Roberts, Mark H. (FBI) |
| **Subject:** | Bannister MOI |
| **Attachments:** | HAYNIE-BannisterMOI.DOCX |

As discussed

Andy
530.624.4456

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Monday, September 05, 2011 2:33 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Tice-Raskin, Robert (USACAE); Roberts, Mark H. (FBI) |
| **Subject:** | correction |

Page 2, section B, line 3 should be CONTRERAS not COTRERAS

1

**Tice-Raskin, Robert (USACAE)**

From:           Harrison Andrew J [Andrew.Harrison@ci.irs.gov]
Sent:           Monday, September 05, 2011 2:42 PM
To:             Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE); Roberts, Mark H. (FBI)
Subject:        Bannister MOI with corrections
Attachments:    HAYNIE-BannisterMOI.DOCX

The date was incorrect, sorry.

## Tice-Raskin, Robert (USACAE)

**From:** Harrison Andrew J [Andrew.Harrison@ci.irs.gov]
**Sent:** Wednesday, February 08, 2012 2:06 PM
**To:** Carlberg, Russell (USACAE)
**Cc:** Roberts, Mark H. (FBI); Tice-Raskin, Robert (USACAE)
**Subject:** powerpoint

Russell,

I have a slide like this for each of KH's deals. In each case it's lender funds to escrow to Symmes' account to Niche's account to KH. Subsequent slides have the scanned documents for each transaction (represented by green arrows).

Is this what you and rob are looking for?





UNITED STATES DEPARTMENT OF THE TREASURY

Internal Revenue Service - Criminal Investigation
760 Cypress Avenue, Suite 300, Redding, CA 96001

Andrew Harrison
Special Agent
Telephone 530.243.0120
Facsimile 530.243.0130
Mobile 530.624.4456

1

## Tice-Raskin, Robert (USACAE)

| | |
|---|---|
| **From:** | Harrison Andrew J [Andrew.Harrison@ci.irs.gov] |
| **Sent:** | Tuesday, February 28, 2012 1:34 PM |
| **To:** | Tice-Raskin, Robert (USACAE); Carlberg, Russell (USACAE) |
| **Subject:** | PPT |
| **Attachments:** | HAYNIE.ppt |

For your review.

I was previously unable to send this via email, hopefully it works this time.

If not I will bring it with me Thurs.

---

**UNITED STATES DEPARTMENT OF THE TREASURY**

Internal Revenue Service - Criminal Investigation

760 Cypress Avenue, Suite 300, Redding, CA 96001

Andrew Harrison
Special Agent
Telephone 530.243.0120
Facsimile 530.243.0130
Mobile 530.624.4456



---

# United States vs Kesha Haynie



Hiding unpermitted seller concessions from lenders is Mortgage Fraud.

Anthony Symmes          Niche Fortune          Kesha Haynie





Builder/Seller
of Chico homes

Uses B of A account
to receive proceeds
from Symmes and
facilitate payments to
Haynie and buyers

Recruits buyers and
facilitates loans
for buyers of
Symmes' homes

**Lender**



FIRST FRANKLIN
FINANCIAL SERVICES

**Title / Escrow**

First American
Title Insurance Company

OLD REPUBLIC

Fidelity National Title
Insurance Company



**Niche Fortune**

**Bank of America**



**Anthony Symmes**



tri counties bank

**Kesha Haynie**



0286 - Fidelity National Title Company of California
Cost Center: 0906 - FNT Suite

Date Prepared: 08/01/2007
Time Prepared: 08:53 AM PST
Report: MF1002 / kmacgallis
Page 1 of 1

Escrow Number: 0000220094 - JT
Seller: Floral Arrangement Inc.
Buyer: Maren Lyles and Charles Lyles
Closed by: 05/31/2007

By: _____ Date: _____    By: _____ Date: 8/4/07

## Final Check Register

| TC | Instrument # | Date | Name/Description | Amount |
|---|---|---|---|---|
| RCPT | 0201000004 | 04/05/07 | Charles Lyles | 1,000.00 |
| WIRN | 0201025698 | 05/31/07 | FIRST FRANKLIN | 271,521.61 |
| WIRN | 0201025999 | 05/31/07 | FIRST FRANKLIN | 67,029.38 |

FUNDS RECEIVED (3)    $    339,550.99

TOTALS    $    339,550.99

| TC | Instrument # | Date | Name/Description | Amount |
|---|---|---|---|---|
| FTRO | 0201025368 | 05/31/07 | Fidelity National Title | (1,871.70) |
| CHCK | 0201043054 | 05/31/07 | Tri Counties Bank | (335,424.18) |
| VCHK | 0201043054 | 05/31/07 | Tri Counties Bank | 335,424.18 |
| CHCK | 0201043055 | 05/31/07 | Tri Counties Bank | (335,424.18) |
| VCHK | 0201043055 | 05/31/07 | Tri Counties Bank | 335,424.18 |
| CHCK | 0201043569 | 06/01/07 | Maren Lyles and Charles Lyles | (370.11) |
| CHCK | 0201043569 | 06/01/07 | Allstate Insurance | (522.00) |
| CHCK | 0201043570 | 06/01/07 | Tri Counties Bank | (335,424.18) |
| CHCK | 0201043571 | 06/01/07 | Empire Mortgage | (1,563.00) |

DISBURSEMENT ISSUED (9)    (338,550.99)

TOTALS    $    (338,550.99)

Funds Received    339,550.99
Total Disbursements    (339,550.99)
BALANCE    $    0.00

| TC | Instrument # | Date | Name/Description | Amount |
|---|---|---|---|---|

ISA BALANCE    $    0.00









Oniu Check Image - 06/04/2007



Oniu Check Image - 05/30/2007



Oniu Check Image - 05/30/2007



Oniu Check Image - 05/31/2007

Oniu Check Image - 05/31/2007



Oniu Check Image - 06/01/2007

Oniu Check Image - 06/01/2007



Oniu Check Image - 05/30/2007

Amount:        $41,000.00
Account:       68000627082151
Bank Number:   12203717

Sequence Number:  260226456
Capture Date:     06/01/2007
Check Number:     0

## Checking Deposit

Amount:        $41,000.00
Account:       733443497
Bank Number:   51000035

ACCOUNT NUMBER
57753 — 43 4 7

Fortune Property Investment
*PAY PLEASE PRINT*

ADDRESS
CITY   4/1/07
VOID

Bank of America
PLEASE SIGN IN TELLERS PRESENCE FOR CASH BACK IN END
Bank of America, N.A. Member FDIC

:510000354:   073443497   5/0001100000/

ADDITIONAL CHECKS

| | DOLLARS | CENTS |
|---|---|---|
| | $41,000.00 | |

026226456

Tran 00082  04/01/2007  10:57
B/TR 540700135  CC 0000793  TLr 00004
HOLDS APPLIED
Account  88888883497
Deposit  $41,000.00

---

Amount:        $41,000.00
Account:       68000627082151
Bank Number:   12203717

Sequence Number:  260226457
Capture Date:     06/01/2007
Check Number:     50291

TRI COUNTIES BANK
P.O. BOX 909 • CHICO, CA 95927-0909
Remitter: SUE FORTUNE

OFFICIAL CHECK

627082151

DATE  June 1, 2007

PAY  Pay Exactly  ****$41,000.00

***FORTY ONE THOUSAND DOLLARS AND 00 CENTS***

TO THE
ORDER OF: ***FORTUNE PROP INVESTMENTS***

Br. 006   Void if over $41,000.00
2 Signatures required if over $10,000
Drawer: Tri Counties Bank

/050291/  :122037171:  68000627082151/  /0004100000/

BANK OF AMERICA SFC
PERMBGER CESM. WLB
026226457

Bank of America

Cashier's Check

No. 417265772

Date: JUL 09, 2007

$**290,000.00**

Remitter (Purchased By):

Pay: **TWENTY NINE THOUSAND DOLLAR AND 00 CENTS**

To The Order Of:

VOID AFTER 90 DAYS

Bank of America, N.A.
San Francisco, CA.

⑈417265772⑈ ⑆121000358⑆ 13970⸺85075⸺

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK.

For information about this instrument contact:

Bank of America, N.A.
WorkMoney® Service Center
PO Box 37018
San Francisco, CA 94137 U.S.A.
Telex: 34316 ACOY
Telephone: 888.217.4038

NOTICE: This void date will be enforced if this instrument has been reported lost, stolen or destroyed.

www.bankofamerica.com

**Check No. 1045**

NICHE S FORTUNE
FORTUNE PROPERTY INVESTMENTS
CHICO, CA 95928

DATE 6-4-07

PAY TO THE ORDER OF _Kesha Haynie_     $ 100 00

_One hundred_ DOLLARS

Bank of America

FOR _Payroll_

⑈00 1045⑈ ⑆12100035 8⑆ 0753 4⑈1348 7⑈

**Check No. 1044**

NICHE S FORTUNE
FORTUNE PROPERTY INVESTMENTS
CHICO, CA 95928

DATE 6-4-07

PAY TO THE ORDER OF _Kesha Haynie_     $ 3,885

_Three thousand - eight hundred - eighty-five_ DOLLARS

Bank of America

FOR _Payroll_

⑈00 1044⑈ ⑆12100035 8⑆ 0753 4⑈1348 7⑈

$3,885.00
06/05-07 10:45AM
06 00170 0059 042

Lender

Title / Escrow

First American
Title Insurance Company

OLD REPUBLIC

Fidelity National Title
Insurance Company

Long Beach Mortgage

Niche Fortune

**Bank of America** ®

Anthony Symmes

tri counties bank

Kesha Haynie



$ $ $ $ $ $

**0288 - Fidelity National Title Company of California**
Cost Center: 0968 - FNT Butte

Date Prepared: 04/02/2007
Time Prepared: 12:05 PM PST / Jun/kmn
Report: MF1002 / Burkten
Page 1 of 1

Escrow Number: 000020641 - JT
Seller: Mariposa Traditions Inc.
Buyer: Teresa Contreras
Closed by: 04/02/2007

By: _____ Date: _4/2/07_ By _Ch. C_

## Final Check Register

| TS | Instrument # | Date | Name/Description | Amount |
|----|----|----|----|----|
| RCPT | 0201007725 | 02/21/2007 | Teresa Contreras | 1,000.00 |
| RCPT | 0201007747 | 02/14/2007 | Teresa Contreras | 1,000.00 |
| VRCT | 0201007747 | 02/14/2007 | Teresa Contreras | (1,000.00) |
| RCPT | 0201007975 | 03/30/2007 | Teresa Contreras | 980.37 |
| WIRN | 0201002410 | 04/02/2007 | LONG BEACH MORTGAGE | 295,697.66 |
| WIRN | 0201002411 | 04/02/2007 | LONG BEACH MORTGAGE | 51,657.80 |

| | | | FUNDS RECEIVED (6) | $ 310,136.43 |
| | | | TOTALS | $ 310,136.43 |

| TS | Instrument # | Date | Name/Description | Amount |
|----|----|----|----|----|
| FTHD | 0200105116 | 04/02/2007 | Fidelity National Title | (1,585.50) |
| CHCK | 0201042390 | 04/02/2007 | Tri Counties Bank | (300,272.48) |
| CHCK | 0201042416 | 04/02/2007 | Tri Counties Bank | (185.48) |
| CHCK | 0201042416 | 04/02/2007 | Mercury Casualty Company | (514.00) |
| CHCK | 0201042417 | 04/02/2007 | HSBC | (1,874.00) |
| CHCK | 0201042418 | 04/02/2007 | HSBC | (2,968.00) |
| CHCK | 0201042419 | 04/02/2007 | Empire Mortgage | (3,230.00) |

| | | | DISBURSEMENT ISSUED (7) | $ (310,136.43) |
| | | | TOTALS | $ (310,136.43) |
| | | | Funds Received | 310,136.43 |
| | | | Total Disbursements | (310,136.43) |
| | | | BALANCE | 0.00 |

| TS | Instrument # | Date | Name/Description | Amount |
|----|----|----|----|----|
| | | | IRA BALANCE | $ 0.00 |

---

Paid To:
Tri Counties Bank

Escrow #: 000020641
Buyer: Teresa Contreras

Order #: 000020641

Property: 1196 Ivory Way
Chico, CA 95973

Note:

Principal Balance     300,272.48

Date: 4/2/07
Check Number: 0201042390 / 0201042390
Check Amount: $300,272.48

Closer: Jennifer Troiano
Seller: Mariposa Traditions Inc.

0201042390
April 2, 2007

$300,272.48

**Fidelity National Title Company of California**
Trust Account - Chico
505 Mall Street
Chico, CA 95928
530 345-3714

Bank of America, N.A., 3rd Floor
1850 Gateway Blvd.
Concord, CA
04/4/1100

VOID AFTER 90 DAYS

PAY THREE HUNDRED THOUSAND TWO HUNDRED SEVENTY TWO DOLLARS AND 48 CENTS

TO
THE
ORDER
OF
Tri Counties Bank
61 Constitution Drive
Chico, CA 95973

Memo

NON-NEGOTIABLE / FILE COPY

THE SIGNATURES REQUIRED

Amount:        $41,000.00
Account:       6800065959786
Bank Number:   12203717

Sequence Number: 1560143240
Capture Date:    04/02/2007
Check Number:    50291

TRI COUNTIES BANK
P.O. BOX 909 • CHICO, CA 95927-0909
800-982-XXXX
Remitter: TRI COUNTIES BANK

OFFICIAL CHECK

659597786

April 2, 2007

Pay Exactly: ***$41,000.00

****FORTY ONE THOUSAND DOLLARS AND/NO CENTS****

PAY TO THE ORDER OF: FORTUNE PROPERTY INVESTMENTS

Br. 006  Void if over $41,000.00
2 Signatures required if over $10,000.00

/0004100000/

⑈050291⑈ ⑆122037171⑆ 6800065959786⑆

ENDORSE CHECK HERE

X  nucke S. fortune

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

FOR INFORMATION CONCERNING THIS STATEMENT
CONTACT
DISTRIBUTED PAYMENT SYSTEMS INC

Security feature on the document include: Watermark,
Micro Print Endorsement Line and Visible Fibers
Absence of these features may indicate alteration.

BANK OF AMERICA NA  ⑈94
123456789 1112 N. XX
1560143240

Amount: $41,000.00
Account: 783443487
Bank Number: 51000035

Sequence Number: 1560143239
Capture Date: 04/03/2007
Check Number: 0

Checking Deposit

ACCOUNT NUMBER

07 2 31 31 4 1 4 3 4 1 2

Fortune Duncan

Checking Deposit

Bank of America

PLEASE RETURN THE ITEM FOR YOUR RECORDS

Bank of America, N.A., Member FDIC

Confirmed

DOLLARS    CENTS

CASH

LIST CHECKS
BY BANK NO.

41,000 —

Total $    41,000.00

DEPOSIT $    5,000,4100000

075344348 7P

i:5 10000354i:

ADDITIONAL CHECKS:
DETAILS

Bank of America 7P
PREMIER LINE A/C
1560143239

DOLLARS    CENTS

DOLLARS    CENTS

Tran 0634    04/02.0907/
Entity ACH  CC 0000W97 T.r 00004
ACCT P1 1 1  1344 Aept 31-07
ACH 344344-35
Deposit----
CRROURmassmssprittrtt

41,000.00
02:11

ENTER THIS AMOUNT ON FRONT

Amount: $10,300.00
Account: 1397089076
Bank Number: 54093010

CREDIT — Cashier's Check Outstanding

Sequence Number: 760644874
Capture Date: 04/03/2007
Check Number: 41034326

No. 41034326





Amount: $6,000.00
Account: 1397089076
Bank Number: 54093010

CREDIT — Cashier's Check Outstanding

Sequence Number: 765644572
Capture Date: 04/03/2007
Check Number: 41034324

No. 41034324

Amount: $6,061.00
Account: 1397089076
Bank Number: 54093010

CREDIT — Cashier's Check Outstanding

Sequence Number: 760644572
Capture Date: 04/03/2007
Check Number: 41034323

No. 41034323







Amount: $200.00
Account: 753443487
Bank Number: 12100035

Sequence Number: 692431349
Capture Date: 04/09/2007
Check Number: 1033

NICHE S FORTUNE
FORTUNE PROPERTY INVESTMENTS
2107 FAIR ST
CHICO, CA 95928

1033
11-34/1210
760

DATE 4-5-07

PAY TO THE
ORDER OF  Chris Chiavolla                    $ 200.00

Two Hundred                          760          DOLLARS

Bank of America

FOR _____  nicole S Fortune

⑈00 1033⑈ ⑈12100035⑈ 0753⑈⑈13687⑈        /00000 20000/

IF S. IN PAYMENT
THERE WILL WITH NO
▶ 221102785
▶ 221102784
6317094557

Electronic Endorsements
Date        Sequence         Bank #       BOFD    Bank Name
04/06/2007  000000317084357  122105278    Y       WELLS FARGO BANK, NA
04/09/2007  000692431349     121103886    N       BANK OF AMERICA, NA

NICHE S FORTUNE
FORTUNE PROPERTY INVESTMENTS
2197 FAIR ST
CHICO, CA 95928

1023

DATE 4-3-07

PAY TO THE
ORDER OF   Kesha Hayne   $ 2970

two thousand-nine hundred-seventy 00 _____ DOLLARS

Bank of America

FOR _Laundering_

☑ Hold
☐ DDTFB
☐ ERP

Nicole S. Fortune

⑈"00 1023"⑈ ⑈:12100035⑈: 0753⑈"43487"   /0000297000/

Mesha Hayne

R/T Number       12100035
Sequence Number  117133831
Account Number   00000000753443487

Processing Date  20070410
Amount           2970.00
Check Number     1023