BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-08-376 EJG |
| Plaintiff, | |
| | ORDER |
| v. | |
| KESHA HAYNIE, | |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT:

Good cause having been shown, the government may make the disclosures and produce the discovery to the defense as requested in its application of March 14, 2012.

IT IS SO ORDERED.

Date: March 14, 2012        /s/ Edward J. Garcia
                            Hon. EDWARD J. GARCIA
                            United States District Judge

1