# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
United States Probation Office

## INTEROFFICE MEMORANDUM & Order

TO: Colleen Lydon, Courtroom Deputy to
Honorable Edward J. Garcia

FROM: Ronnie Preap, United States Probation Officer

DATE: 7/3/2012

SUBJECT: Kesha Haynie, Docket No. 2:08CR00376-09

**FILED**
JUL 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### JUDGMENT AND SENTENCING CONTINUANCE

The above matter is scheduled for judgment and sentencing on July 6, 2012. Due to schedule conflict, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | | |
|---|---|---|
| Judgment and Sentencing Date: | August 24, 2012 | 10:00 a.m. |
| Reply or Statement of Non-Opposition: | August 17, 2012 | |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 10, 2012 | |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 3, 2012 | |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 27, 2012 | |
| The proposed Presentence Report shall be disclosed to counsel no later than: | July 13, 2012 | |

Reviewed by: _____
**JEFFREY C. OESTREICHER**
Supervising United States Probation Officer

cc: Russell L. Carlberg, Assistant United States Attorney
Eduardo Gregory Roy, Defense Counsel

**IT IS SO ORDERED**
_____
7/5/12

Rev 09/2011